# United States District Court

## for

## the District of Nevada

## REQUEST FOR TRAVEL OUTSIDE THE CONTIGUOUS UNITED STATES

Name of Offender:   __ADOLPHO SILVA-CONTRERAS__

Case Number:   __2:10-cr-00008-GMN-LRL__

Name of Sentencing Judicial Officer:   __Honorable Gloria M. Navarro__

Date of Original Sentence:   __December 6, 2010__

Original Offense:   __Violation of Clean Air Act__

Original Sentence:   __Three years probation__

Date Supervision Commenced:   __December 6, 2010__

## SUMMARY

Mr. Silva-Contreras has submitted an **emergency** request to travel to Guadalajara, Mexico, to visit his ailing father, who is currently in the hospital. His dates of travel are May 6, 2011, through May 15, 2011. Silva-Contreras plans to drive his personal vehicle to Calexico, California, then fly to Guadalajara, Mexico. Mr. Silva-Contreras will be required to have his passport for this travel.

Silva-Contreras is currently in compliance with his conditions of supervision. The probation office respectfully requests that Silva-Contreras be allowed to travel to Guadalajara on the aforementioned dates. He is aware that if the Court does not authorize his travel, he must remain in the United States until he satisfactorily completes his term of supervised release.

Respectfully submitted,

Sincerely,

SHEREE D. CORNIEL
United States Probation Officer

APPROVED: _____
NANCY M. BOULTON, Supervising
U.S. Probation Officer

APPROVED:

## THE COURT ORDERS:

__XX__ Requested Travel is Approved

_____ Requested Travel is Denied

_____ Other

_____
Signature of Judicial Officer

May 6, 2011
_____
Date

**Gloria M. Navarro**
**United States District Judge**