FRANNY A. FORSMAN
Federal Public Defender
Nevada State Bar No. 00014
RAQUEL LAZO
411 E. Bonneville Ave., Suite 250
Las Vegas, Nevada 89101
Tel: (702) 388-6577
Fax: (702) 388-6261

Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:10-cr-0008-GMN-LRL |
| Plaintiff, | |
| vs. | **MOTION FOR RETURN OF PASSPORT** |
| ADOLFO SILVA-CONTRERAS, | |
| Defendant. | |

COMES NOW, Raquel Lazo, Assistant Federal Public Defender, counsel for ADOLFO SILVA-CONTRERAS, and respectfully requests the return of his passport. This request is made based on the following reasons:

1.      On January 8, 2010, Mr. Silva-Contreras made his initial appearance. Mr. Silva-Contreras was released on a Personal Recognizance Bond (#5) on the condition that he surrender his passport.

2.      On June 20, 2011, the court granted Mr. Silva-Contreras' request to be permitted to travel to Mexico for two weeks beginning June 16, 2011. Mr. Silva-Contreras traveled to Mexico and returned pursuant to the court's Order.

2.      On December 6, 2010 Mr. Silva-Contreras was adjudicated guilty as to Count 1 of the Superceding Indictment, Rendering Inaccurate a Monitoring Device or Method Under the Clean Air Act. He was sentenced to thirty-six (36) months of probation. *See* Judgment (#30).

/ / /

1

3.    On December 14, 2010, the court granted Mr. Silva-Contreras' request to have his passport returned to him for a limited period of time, so that he could travel to Mexico from December 17, 2010 to January 4, 2011.  Upon Mr. Silva-Contreras' return from Mexico he returned his passport to the Pre-Trial Services.

4.    Mr. Silva-Contreras requests the return of his passport on an expedited basis, as his current passport expires in August of this year.  Mr. Silva-Contreras is required to provide his passport to the U.S. Passport Office so that he can be issued a new ten year passport.

5.    If required by the Court, Mr. Silva-Contreras will forward his new passport to the Pre-Trial Services office.

6.    Neither Pre-Trial Services nor Probation oppose this motion.

7.    Mr. Silva-Contreras respectfully requests that this court enter an order requiring Pretrial Services to return his passport.

DATED this the 24th day of May, 2011.

FRANNY A. FORSMAN
Federal Public Defender

*/s/ Raquel Lazo*

By:_____
    RAQUEL LAZO,
    Assistant Federal Public Defender

The Pretrial Services Agency shall forthwith return the defendant's passport to him.  The defendant shall surrender his new passport to the Pretrial Services Agency forthwith.
 IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE
5-25-11

2